IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER CHRISTOPHER SCHWEIZER,<br><br>Petitioner,<br><br>v.<br><br>SUZANNE M. PEERY,<br><br>Respondent. | No. 2:20-CV-0517-JAM-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Before the Court is Petitioner's motion for an extension of time to object to the Court's findings and recommendations issued on June 29, 2021. ECF Nos. 19, 20. The Court recommended that Petitioner's petition for a writ of habeas corpus be denied. ECF No. 19 at 11. The parties had fourteen days to object to the findings and recommendations. Id.

Petitioner contends that he did not receive a copy of the findings and recommendations until July 7, 2021, that he is a layman needing additional time to research, and that he has limited access to a prison law library. ECF No. 20 at 1. He moves for an extension of sixty days. Id. For good cause shown, the Court will grant the requested extension.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for an extension of time (ECF No. 20) is **GRANTED**.

2. Petitioner may file objections to the Court's findings and recommendations within **sixty (60) days** of the date of this order.

Dated: July 21, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE